UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No: C 10-1874 SBA |
| Plaintiff, | **ORDER OF REFERENCE** |
| vs. | Docket 61 |
| JAMES A. DAILEY, et al., | |
| Defendants. | |

  IT IS HEREBY ORDERED THAT Plaintiff's Application for Default Judgment by the Court (Docket 18) is REFERRED to the Chief Magistrate Judge or her designee for findings and recommendations. The parties shall provide courtesy copies of their motion papers to the assigned Magistrate Judge. The hearing on the motion schedule for November 9, 2010, is VACATED.

  IT IS SO ORDERED.

Dated: November 1, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge