UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J&J SPORTS AUTHORITY, INC.,<br><br>     Plaintiff,<br><br>  vs.<br><br>JAMES A. DAILEY, INDIVIDUALLY and<br>d/b/a GOLDEN BEAR SPORT BAR A/K/A<br>THE DAPPER SPORTS BAR,<br><br>     Defendant. | Case No:  C 10-01874 SBA<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Adopting Report and Recommendation of Magistrate Judge,

     IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff J & J Sports Productions, Inc., against Defendant James A. Dailey d/b/a Golden Bear Sports Bar a/k/a The Dapper Sports Bar.  Judgment is entered against Defendant in the amount of $5,000 for statutory damages and $5,000 for enhanced damages under 47 U.S.C. § 605(e)(3)(C), and $1,600 in damages for conversion.

     IT IS SO ORDERED.

Dated:  April 19, 2011

                                  _____
                                    SAUNDRA BROWN ARMSTRONG
                                  United States District Judge